UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

ANTONIO PENOLOSA )
)
vs. ) Case No.  5:12-cv-08052-LSC-HGD
)
UNITED STATES OF AMERICA )

**MEMORANDUM OPINION**

On October 16, 2013, the magistrate judge's report and recommendation was entered, and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. After obtaining an extension of time, petitioner filed objections to the magistrate judge's report and recommendation on December 10, 2013.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 18th day of December, 2013.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
174256